No. 52943.—The Joseph Abrams Co. et al. v. United States, protests 109493-K, etc. (San Francisco).

Opinion by Johnson, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained. The protests were overruled in all other respects.